UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————————

OYEBOLA J. BAMMEKE,

                  Plaintiff,

     - against -

GEICO INDEMNITY COMPANY,

                  Defendant.
———————————————————————————————————

           25-cv-9547 (JGK)

           <u>ORDER</u>

JOHN G. KOELTL, District Judge:

As discussed during the telephone conference held today, the plaintiff may file an amended complaint by **January 28, 2026.** The defendant may answer or move to dismiss the amended complaint by **February 18, 2026.** If the defendant moves to dismiss the amended complaint, the plaintiff may respond to that motion by **March 11, 2026.** The defendant may reply by **March 25, 2026.** If the defendant answers the amended complaint instead of moving to dismiss, the parties shall file a Rule 26(f) report by **March 11, 2026.**

SO ORDERED.

Dated:    New York, New York
         January 7, 2026

                               John G. Koeltl
                    United States District Judge