UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OYEBOLA J. BAMMEKE,

                Plaintiff(s)

          -against-

GEICO INDEMNITY COMPANY,

                Defendant(s).

-------------------------------------------------------------X

                25 civ 9547 (JGK)

## ORDER

The conference scheduled for Thursday, March 12, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

                **JOHN G. KOELTL**
          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 5, 2026