UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OYEBOLA J. BAMMEKE,

                    Plaintiff,

      - against -

GEICO INDEMNITY COMPANY,

                  Defendant.

25-cv-9547 (JGK)

<u>Order</u>

---

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **June 19, 2026.**

SO ORDERED.

Dated:    New York, New York
          June 4, 2026

                                    John G. Koeltl
                       United States District Judge